## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION, YOUNGSTOWN

JEANNE KING

    Plaintiff

    :

    :

vs.                   :          CASE NO.:  4:19-CV-00720

                      :

STEWARD TRUMBULL MEMORIAL     JUDGE: PAMELA A. BARKER
  HOSPITAL, INC.              :

    Defendants             :

### PLAINITFF JEANNE KING'S NOTICE OF APPEAL

NOW COMES Plaintiff Jeanne King, by and through counsel, and hereby appeals R.60

Memorandum of Opinion and Order of the Court granting summary judgment on all claims, and

R.61 Judgment dismissing the case, both issued on April 22, 2021.


             Respectfully Submitted,


             s/ Gary A. Reeve
             Gary A. Reeve (0064872)
             Trial Attorney for Plaintiff
             Law Offices of Gary A. Reeve
             5354 Cemetery Road
             Hilliard, Ohio 43026
             ph (614) 808-1881; fax (614) 334-5107
             *greeve@reevelaw.net*


             /s/ Irene K. Makridis
             Irene K. Makridis (0016760)
             Counsel for Plaintiff
             155 S. Park Ave, Suite 160
             Warren, Ohio 44483
             ph 330-394-1587; fax 330-394-3070
             *office@makridislaw.com*

## CERTIFICATE OF SERVICE

This is to certify that a true copy of Plaintiff's Notice was served upon Defendants' counsels electronically through the ECF system this 11th day of May, 2021.

/s/ Gary A. Reeve
Gary A. Reeve